EILEEN R. RIDLEY, CA Bar No. 151735
  eridley@foley.com
**FOLEY & LARDNER LLP**
555 CALIFORNIA STREET
SUITE 1700
SAN FRANCISCO, CA 94104-1520
TELEPHONE: 415.434.4484
FACSIMILE:  415.434.4507

PAUL V. STORM *(Admitted Pro Hac Vice)*
  pvstorm@gardere.com
JAMES G. MUNISTERI *(Admitted Pro Hac Vice)*
  jmunisteri@gardere.com
COLLEEN MCKNIGHT *(Admitted Pro Hac Vice)*
  cmcknight@gardere.com
**FOLEY & LARDNER LLP**
2021 MCKINNEY AVE.
SUITE 1600
DALLAS, TEXAS 75201
TELEPHONE: 214.999.3000
FACSIMILE:  214.999.4667

Attorneys for Plaintiff ORTHOACCEL TECHNOLOGIES, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ORTHOACCEL TECHNOLOGIES, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>PROPEL ORTHODONTICS, LLC, and PROPEL ORTHODONTICS USA, LLC,<br><br>  Defendant. | Case No: 3:17-cv-03801-RS<br>ORDER<br>**STIPULATION OF DISMISSAL OF ACTION AGAINST DEFENDANTS WITH PREJUDICE UNDER F.R.C.P. 41(A)**<br><br>Case Filed: July 4, 2017<br>Complaint Served: August 17, 2017 |

This stipulation is entered into pursuant to Federal Rule of Civil Procedure 41(a) by and between Plaintiff OrthoAccel Technologies, Inc. (hereinafter "Plaintiff") and Defendants Propel Orthodontics LLC, and Propel Orthodontics USA LLC through the parties' attorneys of record in this case.

WHEREAS, Plaintiff and Defendants have resolved the claims asserted in this action,

NOW, THEREFORE, the parties hereby stipulate as follows:

The complaint of Plaintiff against Defendants and the above-titled action shall be dismissed with prejudice under Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear their own costs and fees.

DATED: April 23, 2020

**FOLEY & LARDNER LLP**

*/s/ Paul V. Storm*
PAUL V. STORM

Attorney for Plaintiff
ORTHOACCEL TECHNOLOGIES, INC.

DATED: April 23, 2020

**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**

By: */s/ Robert F. McCauley*
ROBERT F. MCCAULEY, III

Attorney for Defendants
Propel Orthodontics, LLC and
Propel Orthodontics USA, LLC

**ORDER**

PURSUANT TO STIPULATION, this action is dismissed with prejudice.

IT IS SO ORDERED.

DATE: April 27, 2020

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

2